# **EXHIBIT 7**



# photonic*update*

*Q2 2008*

*Die Kundeninformation der Laser 2000 GmbH*

**Gewinnen Sie einen iPod Touch mit 8 GB! Alle Infos auf der letzten Seite...**

## Eine Linse für alle Brennweiten
# Weltneuheit: Adaptive Linse für alle Brennweiten

Komplexe optische Aufbauten beinhalten oft eine Vielzahl von optischen Linsen, die korrekt dimensioniert, optimiert und aufeinander abgestimmt werden müssen. Ein Sortiment aus Standardlinsen mit fest vorgegebenen Brennweiten schränkt die Flexibilität ein und Sonderanfertigungen sind teuer. Die Lösung ist eine neuartige Polymerlinse, deren Brennweite manuell und kontinuierlich über einen großen Bereich eingestellt werden kann.

Die APL-1050 ist eine Einzellinse mit variabler Brennweite basierend auf einer gekapselten Polymerflüssigkeit. Die neue und einzigartige Technologie zeichnet sich durch günstige Kosten bei gleichzeitig hoher Flexibilität, Qualität und Präzision aus und eröffnet damit neue Perspektiven für die Optik-Industrie. Der Linsenkörper der APL-1050 besteht aus einer Polymerflüssigkeit,



umgeben von einem polierten und AR-beschichteten Substrat auf der einen Seite und einer elastischen Membran auf der anderen Seite. Durch Drehen eines Ringes am Gehäuse der Linse wird Flüssigkeit aus einem Reservoir in den Linsenkörper gedrückt, wodurch sich die Membran sphärisch deformiert und damit die Brennweite der Linse ändert.

Die neue Technologie erlaubt eine hohe Stabilität sowohl im Kurzzeitbereich, d.h. keinerlei Relaxationen, als auch im Langzeitbereich, so dass eine einmal eingestellte und optimierte Linse im Aufbau verbleiben kann.

**Die Highlights der APL-1050 im Überblick:**

- Brennweite: ca. 20 mm bis 1 m (manuell einstellbar)
- Transmission: ca. 90%
- Wellenlängenbereich: 200...2200 nm (ohne Beschichtung)
- Freie Apertur: >10 mm
- Arbeitstemperatur: -20...60 °C
- Abmessungen Gehäuse: 45,7 x 20,8 mm (Durchm. x Dicke)
- Mit Fassung für 25,4 mm Halterungen

**Webcode: 1071**

## Sonderpreisliste online
# Verschenken Sie nicht unnötig Geld!

Aktuelle Demoware und Sonderposten finden Sie ab sofort auf unserer Webseite.

Kennen Sie schon unsere neue Sonderpreisliste? Sie finden hier Lagerware oder Angebote zu günstigen Sonderpreisen. Wir starten mit über 800 Artikeln aus unserem Lagerbestand. Die Liste wird laufend aktualisiert und bietet eine Vielzahl von spannenden Produkten zu echten Schnäppchenpreisen! Sparen Sie bis zu 40% beim Kauf von Filtern, Spiegelhaltern, Linienoptiken, Lasersystemen, LWL-Werkzeugen, LWL-Komponenten und vielem mehr! Verpassen Sie nie mehr unsere aktuellen Sonderpreise und genießen Sie den Vorteil als Newsletter-Abonnement als erster von den neuen Artikeln zu erfahren. **Melden Sie sich gleich an:**

**Webcode: 9010**

## LEDs für den UV-Bereich
# Deep-UV LEDs bei 255 nm und 280 nm

Leuchtdioden im Deep-UV bei 255 nm sowie 280 nm ergänzen ab sofort das Spektrum der bei Laser 2000 verfügbaren Strahlquellen.

Die jeweilige Leistung beträgt ca. 0,1 mW bzw. 0,5 mW. Die Ansteuerung der LEDs erfolgt einfach über 6 VDC, 25 mA. Darüber hinaus sind Deep-UV-Laser bei 224 nm und 248 nm über Laser 2000 verfügbar.



**Webcode: 1072**

## Inhalt

**Strahlquellen, Optik und Optomechanik .........2**
Faserlaser ............................................................2
Bandpass Filter ...................................................2
Laserschutzbrillen ..............................................2
Stabilisierter HeNe-Laser ...................................3
New Focus Katalog 2008 ....................................3
Strahlungs-Controller .........................................3
Laserdioden-Controller ......................................4
Laserdioden und Nd:YVO$_4$-Lasermodule .........4

**Messtechnik ..........................................................5**
Messung von Lampeneffizienz ..........................5
Kalibrierstandard ................................................5
Raman-Spektrometer..........................................5
Motorisiertes Filterrad mit USB.........................5
Leistungs- und Energiemessung.......................6

**Bildverarbeitung...................................................7**
Camera Link Systeme ........................................7
XBAR LED Beleuchtungen..................................7
Laser System für 3D-Bildverarbeitung.............7

**LWL-Technik und Network Solutions...............8**
Powermeter für FTTH/PON ................................8
Preiswertes Highend OTDR................................8
Schneller DWDM-Tester .....................................8
LWL-Stecker-Spleißgerät....................................9
GPON Multi-Layer Analysator ...........................9
Plasmaspleißgerät.............................................10
Optische Matrixschalter ...................................10
Faseroptik-Lösungen für Österreich ...............11
Datenübertragung durch Free-Space-Optics ...11

# Strahlquellen und Optik

## Unübertroffene Zuverlässigkeit und hohe Lebensdauer
### Faserlaser von IPG Photonics über Laser 2000 erhältlich

Die Faserlaser von IPG Photonics zeichnen sich durch die einzigartige Kombination aus Leistung, hervorragender Strahlqualität (Singlemodefaser mit angeschlossenem Kollimator), hoher Effizienz sowie kompakter Bauform aus. Außerdem besitzen diese Laser eine unübertroffene Zuverlässigkeit und Lebensdauer, wie sie durch etablierte Festkörper- oder Gaslaser nicht erreicht werden können.

Im Laboreinsatz bieten sich sowohl 19''-Systeme als auch OEM-Module mit externem Lasertreiber an, während die kompakten OEM-Module darüber hinaus optimal zur Systemintegration geeignet sind. So steht für jede Anwendung, Wellenlänge und Laserleistung der passende Faserlaser zur Verfügung. Typische Anwendungen sind (je nach Konfiguration) die Materialbearbeitung, Medizintechnik, Schweißen, Schneiden, Mikrobiegen, Markieren, Gravieren, Präzisionsbohren, Druck/Computer-to-Plate sowie Forschung und Entwicklung.



*Webcode: 1073*

## Neue Filter für höhere Auflösungen

### „MaxLamp™ Mercury Line": Dünnschicht Filter für noch höhere Auflösungen



*Spektrum zweier Quecksilberdampflampen mit spektralem Verlauf des neuen Hg01-254 Dünnschicht-Filters*

Laser 2000 stellt mit dem Hg01-254 einen neuen 254 nm Quecksilber-Bandpassfilter mit 70% Transmission als Ergänzung zu bisherigen 365 nm Bandpassfiltern vor. Die niedrigere Wellenlänge ermöglicht noch höhere Auflösungen für Anwendungen im Bereich der Photolithografie und direkten Maskenabbildung.

**Angrenzende Wellenlängen werden mit den folgenden Werten unterdrückt:**

- ODavg > 6: 200 - 236 nm
- ODavg > 4: 263 - 450 nm
- ODavg > 2: 450 - 600 nm

### UV Fluoreszenz-Spektroskopie ohne Fluophore



*Spektrum einer typischen 280 nm LED mit Absorptionsspektrum von Tryptophan und Naphthalene und der FF01-280/20 Bandpass-Filterkennlinie*

Die natürliche UV- Absorption (z.B. von Nukliden) und die Verwendung der neuen FF01-280/20 UV Bandpass-Filter mit einer Transmission von mehr als 70% ermöglichen Anwendungen ohne den Einsatz entsprechender Fluophore. Zur Anregung können z.B. 280 nm AlGaN-LEDs verwendet werden, die ebenfalls über Laser 2000 erhältlich sind.

*Webcode: 1074*

## Laserschutzbrillen mit Klipp
### Neue Filtertypen und Gestelle, sowie Justagebrillen aus Polycarbonat

Seit kurzem sind einige der Laserschutzbrillen der Serie NIR nun auch als Justagebrillen nach EN 208 zertifiziert. Zudem stehen auch weitere Filtertypen zur Verfügung, sowie das neue Gestell mit Klippeinsatz für Korrekturlinsen (siehe Abbildung unten).



Das angebotene Programm an Laserschutzbrillen bei Laser 2000 wird ständig kontinuierlich ausgebaut. Einige der Filter der Serie NIR sind jetzt nach EN 208 als Justagebrillen zertifiziert. Der Bereich von 488 nm bis 695 nm kann mit drei verschiedenen Filtern abgedeckt werden. Hinzu kommen fünf neue Filter. Besonders interessant sind hierbei Entwicklungen von Filtern für den RGB Einsatz, also für die gleichzeitige Abschirmung von diskreten roten, grünen und blauen Spektralbereichen.

Insgesamt stehen somit fast 40 Filter in mehr als 10 verschieden Fassungen zur Verfügung. Die Brillen aus Polycarbonat zeichnen sich durch hohen Tragekomfort und hohe Stabilität aus. Laser 2000 bietet eine fachkundige Beratung telefonisch oder via Email über geeignete Laserschutzbrillen im Speziellen, sowie über den gesamten Themenbereich rund um den Laserschutz.



*Webcode: 3001*

# Strahlquellen und Optik

## Frequenz- und leistungsstabilisierte Laserstrahlung
## Stabilisierter HeNe-Laser bei 633 nm

Viele Anwendungen in den Bereichen Metrologie und Interferometrie erfordern schmalbandige Laserquellen, die sowohl eine hohe Frequenzstabilität als auch eine ausgezeichnete Leistungsstabilität aufweisen. Der neue stabilisierte HeNe-Laser LHRP-0101-S erfüllt diese Anforderungen bei der bekannten HeNe-Laser-Wellenlänge von 633 nm und einer Ausgangsleistung von mehr als 1,5 mW.

Durch die konsequente Verwendung qualitativ hochwertiger Optiken und durch ein neues Resonatordesign konnte mit dem LHRP-0101-S ein HeNe-Laser realisiert werden, der bei einer hohen Frequenz- und Leistungsstabilität eine für diese Art von Laser hohe Ausgangsleistung von mehr als 1,5 mW bereitstellt. Zwei wählbare Betriebsmodi erlauben die Optimierung der Stabilitätseigenschaften entweder auf die Laserfrequenz oder die Ausgangsleistung. Die bekannten hervorragenden Strahleigenschaften von HeNe-Lasern, wie z.B. $TEM_{00}$ bei kleinem Strahldurchmesser und geringer Divergenz, finden sich beim LHRP-0101-S ebenfalls wieder.

**Die Highlights des LHRP-0101-S im Überblick:**

- Wellenlänge: 633 nm
- Ausgangsleistung: > 1,5 mW
- Frequenzstabilität über 1 h: +/- 1 MHz im frequenzstabilisierten Modus
- Leistungsstabilität über 1 h: +/- 0,2 % im leistungsstabilisierten Modus
- Polarisation: linear, 500:1
- Strahldurchmesser: 0,7 mm, $TEM_{00}$
- Strahldivergenz: 1,2 mrad Vollwinkel



*Webcode: 1075*

### Jetzt vorbestellen!
## Der neue New Focus Katalog VOL. 16 ist in Kürze erhältlich!

In dem über 430 Seiten starken Katalog werden einige der interessantesten und technisch ausgereiftesten Produkte aus den Bereichen Diodenlaser, Elektrooptik, Messtechnik sowie Optik und Optomechanik vorgestellt.



Insbesondere der Bereich vakuumtauglicher Produkte wurde stark erweitert. So ist unter anderem nun auch der unerreichbar kleine Vierachsen-Justagetisch in einer vakuumtauglichen Variante im Katalog. Des Weiteren wird auf die Stärke von New Focus im Bereich OEM-Lösungen eingegangen und einige Applikationsbeispiele dargestellt.

Registrieren Sie sich am besten gleich heute noch für die Zusendung eines kostenlosen Exemplars unter dem folgenden Webcode:

*Webcode: 9001*

### Darstellung der aktuell vorhandenen Strahlung mittels einer Vielfarb-LED
## Strahlungs-Controller „RADIKON": Messwertanzeige mit Vielfarb-LED

Zur Steuerung und Kontrolle von Bestrahlungsprozessen wird Strahlung innerhalb einer Photodiode oder Sonde in ein elektrisches Signal gewandelt, welches in einem Auswertungs- und Steuermodul (Controller) verarbeitet werden kann. Typische Einsatzgebiete z.B. aus dem Bereich der UV-Strahlungssteuerung sind die Lampenüberwachung bei der Lackhärtung und der Wasserentkeimung oder die Dosissteuerung in biotechnologischen Prozessen.

Die neuen RADIKON-Controller verfügen über eine Vielzahl unterschiedlicher Anschlussmöglichkeiten für Photodioden aber auch für Sonden mit 0-5 V oder 4-20 mA Vorverstärkung. Der Clou des RADIKONs ist eine Vielfarb-LED zur anschaulichen Darstellung der aktuell vorhandenen Strahlung. Damit wird die Einstellung der Prozesssteuerung erheblich erleichtert. Auf der Ausgangsseite steht das Signal als Spannung, Strom oder in Form einer USB oder RS485-Codierung bereit. Ein Anzeigemodul zur Schaltschrankmontage ist optional erhältlich.

**Das RADIKON im Überblick:**

- Vielfarb-LED zur Anzeige der Strahlungsintensität
- Einstellbarer Schaltwert: ein Relais (250 VAC, 2 A) zieht bei Erreichen einer kritischen Intensität an
- Direkte Anschlussmöglichkeit für Photodioden (UV, VIS oder IR)
- Anschlussmöglichkeit für Strahlungs-Messsonden mit Vorverstärkern
- Einstellbare Schaltverzögerung 0-120 s
- Schaltschrankmontage nach DIN EN 50022 – 35
- Verschiedene Signalausgänge: Spannung, Strom, USB oder RS485



Ein Anzeigemodul zur Schaltschrankmontage ist optional erhältlich.

*Webcode: 1077*

# Strahlquellen und Optik

**Ansteuerung von seriengeschalteten Einzelemittern und Stacks**

## Neue Hochleistungs-Laserdioden-Controller bis 70 V Ausgangsspannung

Die Hochleistungs-Laserdioden-Controller wurden um acht neue Modelle der Serie LDX-36000 mit höherem QCW-Stromausgang und höherer Ausgangsspannung ergänzt.

Die neuen Hochleistungs-Laserdioden-Controller der Serie LDX-36000 wurden gegenüber der bewährten Serie LDX-3600 um zahlreiche Features erweitert. Sie bieten jetzt höhere Ausgangsspannungen von 24 V bis 70 V sowie höhere Ausgangsströme im QCW-Modus von 20 A bis 220 A (je nach Modell). Im CW-Modus stehen Ausgangsströme von 10 A bis 125 A zur Verfügung. Darüber hinaus erlaubt die On-Board-Datenspeicherung eine schnelle LIV-Analyse von Laserdioden in wenigen Sekunden. Im LIV-Modus sind Start, Stop und Stufenvariablen sowie Delays programmierbar. Ein Hartpuls-Betriebsmodus für lange Pulsbreiten im Bereich von 1 ms bis 5 s wurde ebenfalls eingeführt. Darüber hinaus wurde die Sollwertauflösung auf 0.01 A verbessert und eine einstellbare BIAS-Spannung für Monitorphotodioden ergänzt.

*Webcode: 1078*

**Für Festkörperlaser und Direktanwendungen**

## Fasergekoppelte Hochleistungs-Laserdioden bis 6 W

*Webcode: 1079*

Die neuen fasergekoppelten Hochleistungs-Laserdioden der Serie SP-808 zeichnen sich durch höchste Ausgangsleistungen bis 6 Watt bei 808 nm aus.

Die Laserdioden der Serie SP-808 nutzen fortschrittlichste Faserkoppel-Technologien in einem äußerst kompakten Gehäuse. Dieses revolutionäre Gehäusedesign bietet die kleinste Basisfläche, geringen Querschnitt und höchste Ausgangsleistungen von bis zu 6 Watt bei einer Wellenlänge von 808 nm. Es gewährleistet eine hohe Packungsdichte und somit ein extrem kompaktes Endgerätedesign. Der thermisch äußerst leitfähige Sockel sowie der kleine Faserkerndurchmesser von 105 µm prädestinieren diese Laserdioden für Applikationen, bei denen höchste Zuverlässigkeit und maximale Leistungsdichten erforderlich sind, die mit fasergekoppelten Laserdiodenbarren nicht erreicht werden können.

Typische Anwendungen sind das Pumpen von Festkörperlasern, Frequenzverdopplung, Materialbearbeitung, Mess- und Prüfverfahren, Druck, Computer-to-Plate, Medizin und vieles mehr.

**Optimal zum Aufbau von Faserlaserverstärkern**

## Kompakte und robuste Nd:YVO$_4$-Lasermodule



Die neuen diodengepumpten Vanadat-Festkörperlasermodule eignen sich ideal für Faserlaserverstärker sowie für Anwendungen mit hohen Repetitionsraten und kurzen Pulsen.

Die Nd:YVO4-Lasermodule erweitern die im industriellen Einsatz äußerst bewährte Modulfamilie RBA der zweiten Generation. Sie lassen sich leicht in bestehende Systeme integrieren und stellen einfache, kompakte und kostengünstige Lösungen für eine Vielzahl von Anwendungen dar, wie z.B. Faserlaserverstärkung, die Erzielung hoher Kleinsignalverstärkung oder Oszillatoren mit hoher Repetitionsrate und kurzen Pulsen.

*Lesen Sie im Web weiter: 1080*

---

**Diodenlaser Steuergerät für „Single wavelength laser"**

## New Focus™ übernimmt die Laserdiodensteuergeräte von Precision Photonics

Als Vertriebspartner von New Focus™ bieten wir ab sofort auch die neue Produktlinie mit Laserdiodensteuergeräten an. Es steht sowohl ein Laborgerät, als auch eine OEM Variante zur Verfügung. Das OEM Steuergerät ist insbesondere zur Steuerung des neuen SWL-Lasers („Single wavelength laser") von New Focus konzipiert.



*SWL Steuergerät NFO-7500*

In der OEM Variante (NFO-7500) ist es das optimale Steuergerät für den SWL Laser von New Focus. Er bietet extrem geringes Rauschen und führt zur hohen Frequenz- und Leistungsstabilität der SWL Laser bei. Trotz des kleinen Gehäuses wird ein rauscharmer Diodenstrom und eine genaue Temperatursteuerung der Laserkavität gewährleistet. Die Ansteuerung ist mittels RS-232 und einer GUI Schnittstelle denkbar einfach. VIs stehen zum Download bereit.

Mit der neuen Linie wird die Produktpalette von durchstimmbaren Diodenlasersystemen konsequent erweitert. Mit dem LB1005 Hochgeschwindigkeit-Servokontroller können viele Lasertypen gesteuert werden für Anwendungen bei denen höchste Frequenz- und Intensitätsstabilität benötigt wird.

*Webcode: 1081*

# Messtechnik

## Testsystem für Fluoreszenz- und Energiesparlampen
### Neue Möglichkeiten zur Effizienzmessung bei Energiesparlampen und Leuchtstoffröhren

Energie ist wertvoll und auch teuer, das merkt der Verbraucher momentan nicht nur an der Tankstelle sondern auch im täglichen Leben. Wie aber lässt sich einfach und doch effektiv Energie sparen? Erfüllen zum Beispiel Energiesparlampen die geforderten Voraussetzungen?

Energiesparlampen einzusetzen lohnt sich, aber nur, wenn sie eine deutlich höhere Lebensdauer als herkömmliche Glühbirnen haben. Die Lichteffizienz ist wichtig; eine Lampe sollte möglichst viel Licht aus wenig Wattverbrauch herausholen. Energiesparlampen können sich vor allem in der Helligkeit unterscheiden. Leuchtdioden (LEDs) sind für kleinere Beleuchtungsaufgaben sehr gut geeignet, zur Beleuchtung ganzer Räume oder gar Plätze ist ihr



Wirkungsgrad noch nicht hoch genug, der Preis leider schon. Die Messsysteme für Leuchtstoff-Spektrallampen von Labsphere (FSLMS) erleichtern eine präzise fotometrische und elektrische Charakterisierung mit anwendungsspezifischen, schlüsselfertigen Systemen, die die Lampeneffizienz auswerten.

**Mehr zum Thema im Web: 1021**

## Optische Messtechnik
### 1000 W Kalibrierstandard



Zur Ableitung eigener Standards bieten wir auch preiswertere unkalibrierte FEL-Lampen an. Die Stromversorgung erzeugt eine rippelarme DC Spannung von über 100 Volt bei über 8 Ampére. Selbstverständlich werden die Standards schonend hochgefahren; der integrierte Betriebsstundenzähler erleichtert die Protokollführung. Das Lampengehäuse reduziert massiv die ungewünschte Beleuchtung des Labors, verhindert unangenehme Blendungen des Operateurs und verhindert mit Hilfe des eingebauten Lichtsumpfs eine ungewollte Vermessung des Lampenhintergrundes.

**Webcode: 1084**

## Spektroskopie
### Deep-UV Photolumineszenz- und Raman-Spektrometer

**Photolumineszenz- und Raman-Spektren im tiefen UV ermöglichen detaillierte Aussagen über Materialeigenschaften und Zustände, die hohe Anregungsenergien erfordern und mit herkömmlichen Spektroskopieverfahren nur unzureichend charakterisiert werden können. Mit dem MiniPL steht ein neues, sehr kompaktes und komplett ausgestattetes Photolumineszenz- und Raman-Spektrometer zur Verfügung.**

Das MiniPL beinhaltet alle erforderlichen Komponenten eines Spektrometers einschließlich des Anregungslasers. Wahlweise kann zwischen 224 nm und 248 nm als Anregungswellenlänge gewählt werden. Der in Czerny-Turner-Anordnung ausgeführte Monochromator mit zwei Beugungsgittern erlaubt eine Auflösung von bis zu 0,2 nm. Ein hochempfindlicher Photomultiplier für den Wellenlängenbereich von 190 nm bis 650 nm ermöglicht die Aufnahme von intensitätsschwachen Spektren. Ein justierbarer Probentisch zusammen mit allen erforderlichen Optiken und Filtern sowie einer Software zur Steuerung des Systems vervollständigen das MiniPL.

**Webcode: 1083**

Da sich die Bestrahlungsstärke nach dem Abstandsgesetz ($1/r^2$) ändert, wird eine peinlichst genaue Abstandsmessung mit Hilfe eines definierten Messstabes und eines Messdummies empfohlen. Weiterhin sorgt der Lampensockel nicht nur für die eigentliche Bestromung des Standards, sondern auch - durch die spezielle Wabenkonstruktion - für geringste Sockelreflexionen.

Die angebotene Shunt Box ermöglicht die notwendige Kontrolle des elektrischen Stromes durch den Lichtstandard.

**Mehr Informationen im Web: 1085**

## Motorisiertes Filterrad mit USB
### Neue Hilfsmittel für automatisierte Messreihen

**Ein modernes, voll automatisierbares Filterrad mit USB-Anschluss kann nun über Laser 2000 erworben werden. Zusätzlich im Lieferumfang des TTI-FW-2000 befindet sich die Windows-basierte Steuersoftware.**

Acht Filter können in das Magazin geladen werden, hierduch ergeben sich sehr viele Möglichkeiten aus dem Bereich Linearitätsmessung, Transmissionsmessung, Fotografie, Fluoreszenzmikroskopie oder auch



der Photometrie. Die manuelle Vorwärts-Rückwärtssteuerung mit numerischer Displayanzeige ermöglicht den schnellen Zugriff vor-Ort am Messplatz. Eine automatisierte Messreihe kann mit Hilfe des PC-Interfaces USB 2.0 voll automatisiert aufgenommen werden.

# Messtechnik

### Kompakte Joulemeter und Leistungsmessköpfe

## Serie „Delta": kleine, kompakte Pulsmessgeräte von Spectrumdetector

*Webcode: 1086*

**Durch die Trennung des Messkopfes von der Verstärker- und Interfaceelektronik werden die Pulsmessgeräte der neuen Messreihe „Delta" zum echten „Ulbrichtkugel-Anhängsel"**

Die Verbindung von ulbrichtkugelbasierten Messungen mit modernsten, vielseitigen Auswertekonsolen ist nun noch einfacher. Der Messbereich ist vielseitig: Von Femtojoule bis Millijoule bei Strahldurchmessern im Bereich von 3 mm bis 10 mm erfüllen die Joulemeter auch schon ohne Ulbrichtkugel viele Wünsche. Ebenso detektieren die Radiometer cw-Leistungen ab dem Pikowattbereich.

Durch den Einsatz einer Ulbrichtkugel, werden die Grenzen um weitere Zehnerpotenzen verschoben – 100 W cw sind dann problemlos messbar, ebenso wie sehr große Strahldurchmesser oder extreme Divergenzen.

### Schnelle Laser-Leistungs- und Energiemessung

## Laser-Pulsformen und -Leistungen messen

**Das schnelle Laserleistungsmessgerät ADM-1000 ist jetzt mit Oszilloskopfunktion lieferbar. Damit können u.a. die Pulsformen von Laserpulsen bis minimal 2 µs oder das Rauschen von cw-Lasern im Frequenzbereich bis 400 kHz gemessen werden.**

Die Fotodiodenmessköpfe für die Wellenlängenbereiche 200 - 1100 nm, 400 - 1100 nm und 800 - 2000 nm verfügen jeweils über eine Miniatur-Ulbrichtkugel, um Messfehler durch die Einkopplung oder starke Rückreflexionen zu vermeiden. Die maximale Laserleistung beträgt 1 W. Für höhere Laserleistungen bis 20 W steht ein thermischer Messkopf zur Verfügung. Hier verkürzt eine intelligente Elektronik die bauartbedingte sonst langsame Ansprechzeit auf 0,1 s, so dass Justierarbeiten an Lasern auch bei hohen Leistungen schnell und effektiv durchgeführt werden können.

*Webcode: 3043*



### Messung und Steuerung von UV-Strahlungsquellen

## Tragbares UV Mess- und Steuergerät mit Datalogging-Funktion und RS485 Kommunikation

**In zahlreichen technischen Anwendungen, wird eine kontrollierte UV-Bestrahlung durchgeführt. Die Messung und Steuerung unterschiedlicher UV-Strahlungsquellen übernimmt das UV-Log.**

Die Messköpfe des UVLog werden individuell dem jeweiligen Prozess angepasst, somit können verschiedene Spektralbereiche sowie besonders hohe oder besonders geringe Intensitäten und Dosen gemessen und gespeichert werden.

*Webcode: 1088*

### Revolution bei den Leistungsdichten von Messgeräten!

## Neue Beschichtung (SHC) für Leistungsmesssensoren

**Anfang dieses Jahres wurden zum ersten Mal Leistungsmessgeräte für Leistungsdichten von bis zu 100 kW/cm² vorgestellt. Messköpfe für Leistungen im Bereich von 100 W bis 6 kW können mit dieser Beschichtung ausgestattet werden.**

Thermische Messköpfe der Serie LPT stehen für Leistungs- und Energiemessungen im überwiegend industriellen Umfeld bis zu einer Maximalleistung von 6 kW zur Verfügung. Bisher war in vielen Fällen eine Aufweitung des Laserstrahls von Bearbeitungslasern notwendig um wegen der hohen Leistungsdichte den Sensor nicht zu beschädigen. Durch die Erweiterung um etwa den Faktor 4 des bisher technisch erhältlichen kann nun in vielen Fällen darauf verzichtet werden.



**Die technischen Eckdaten des neuen „Super Hard Coatings (SHC)" sind:**

- \>100 KW/cm² CW
- 1.1 J/cm² - 200 MW/cm² mit 7 nsec Pulsen
- Wellenlängenbereich UV bis $CO_2$ Lasers

Weitere Informationen über unser umfangreiches Programm an Leistungs- und Energiemessgeräten erhalten Sie von unseren Produktspezialisten Dr. Draude, Dr. Stangassinger bzw. von Dr. Kremser.

*Webcode: 1089*

# *Bildverarbeitung*

### Erweiterte Möglichkeiten der Camera Link Systeme
## Laser 2000 präsentiert Switch Splitter Repeater für Camera Link

*Webcode: 1090*

**Um Camera Link Systeme flexibler handhaben zu können, eignet sich das Clever-System mit dem die spezifische Topologie nach den jeweilig eigenen Anforderungen angepasst werden kann.**



Der neue Clever für den Camera Link Standard bietet vielfältige Möglichkeiten, um Ihnen einen stabile Kommunikation zwischen zwei Kameras und zwei Framegrabber nach Ihren Wünschen zu ermöglichen. Dabei bietet der Clever Unterstützung für Ihre Base und Medium Systeme und unterstützt dabei den High Speed Modus bis 85 MHz.

Sie können:

- Zwischen zwei Kameras und Framegrabber hin- und her schalten (Switch)
- Aufnahmen von einer Kamera auf zwei Framegrabber aufteilen (Splitter)
- Zwei Kameras von einem Framegrabber aus synchron kontrollieren
- Zwei Kameras auf einen Framegrabber multiplexen
- Clever als Repeater für Abstände von bis zu 30 m für Base und Medium Systeme einsetzten

Mit DIP Schaltern und einem RS232-Anschluss werden Ihnen leicht zugängliche Konfigurationsmöglichkeiten für eine zügige Integration geboten.

### High Power LED Beleuchtung
## Neue XBAR Beleuchtungen

**Mit dem Einsatz neuer High Power LEDs lassen sich viele Beleuchtungsaufgaben in der modernen Bildverarbeitung einfacher und effizienter lösen.**



*Webcode: 1092*

Mit der neuen XBAR Serie wird die High Power LED Technologie für die Bildverarbeitung universell verfügbar gemacht. Als geschlossenes System ist durch die integrierte Elektronik keine weitere Steuereinheit außerhalb der Leuchten notwendig. Die Leuchte wird direkt in die 24 V Versorgung der Maschine integriert.

Durch die neue Elektronik bietet schon die Standardausführung Advanced-Features wie Dimmer und eine TTL-Ansteuerung, die sonst nur durch aufwändige externe Elektronik realisierbar sind. Die Möglichkeit in verschiedenen Modellen die Stromversorgung zu „übersteuern" bietet in der Verbindung mit dem TTL-Trigger die Möglichkeit des Blitzens.

Dabei sind die Beleuchtungen so robust aufgebaut, dass externe Spannungsspitzen weder den LEDs noch der Elektronik etwas anhaben können. Durch das Label des „Certified Solution Partner" von Phillips ist sichergestellt, dass die LEDs ihre Lebensdauer von bis zu 75.000 Stunden bei 70 % Resthelligkeit erreichen und übertreffen.

### Große Übertragungsdistanzen für Camera Link Full
## Laser 2000 präsentiert den Glasfaseradapter PHAST

**Camera Link bietet weiterhin die größte Bandbreite in der digitalen Kamerawelt und muss sich den Anforderungen bei der Installation neuer Anlagen stellen. Um die Kabelbegrenzung zu überwinden bieten wir jetzt Faseradapter an. Der neue PHAST Glasfaseradapter unterstützt die anspruchvollsten Kameras mit bis zu 10 Taps x 8 Bit in Camera Link Full und Konfigurationen bis 85 MHz.**

PHAST wird direkt auf die Kameraschnittstelle und den Framegrabber gesteckt, so dass keine CL-Kabel mehr benötigt werden. Es bietet eine maximale Bandbreite von 670 MB/s und die Unterstützung von Base, Medium und Full Konfigurationen. PHAST hat dabei nur eine geringe Leistungsaufnahme und wird von einem 5~24 VDC Netzteil gespeist. Das High-End Design ermöglichen es dem Anwender große Datenmengen in Echtzeit über eine Entfernung von bis zu 250 m mit LC-Duplex Fasern ohne Verluste zu transportieren.

*Lesen Sie im Web weiter: 1091*



### Von UV bis IR mit bis zu 200 mW Leistung
## Neues HPS Laser System für die 3D Bildverarbeitung

*Webcode: 1029*

**Mit dem neuen HPS Laser System wird das erste Familienmitglied einer neuen Laserfamilie für die industrielle Bildverarbeitung vorgestellt. HPS steht für High Pointing Stability und beschreibt damit, wie exakt die Fokuslage bleibt, nachdem der Laser auf den Arbeitsabstand eingestellt wurde.**

Dieser Laser vereint zwei extrem wichtige optische Faktoren in einem System: zum einen die hohe Strahllagestabilität und zum anderen die externe Fokussiermöglichkeit welche eine komplikationslose Fokussierung, ohne Abnehmen des Projektionsobjektives, möglich macht. Das System lässt dennoch Tausch von unterschiedlichen Projektionsoptiken zu. Der Laser ist mit allen gängigen diffraktiven Elementen und Optiken zur Projektion von Linien oder Mehrfachlinien verwendbar. Verfügbar sind Wellenlängen vom UV bis IR mit bis zu 200 mW Leistung.

# LWL-Technik und Network Solutions

## Wie misst man drei Wellenlängen auf einer Faser?
## Selektives Powermeter für FTTH / PON

**Für die Verbesserung der Breitbandversorgung im städtischen Bereich folgen immer mehr Anbieter dem internationalen Trend und bauen ihre Glasfasernetze bis in die Gebäude aus – FTTH (Fiber To The Home). Die Daten für Telefon, Internet und TV/Video werden über drei Wellenlängen übertragen (1310, 1490, 1550 nm), die einzeln überprüft werden müssen.**



Da die Wellenlängen bidirektional, also gleichzeitig in beide Richtungen übertragen werden, ermöglicht die Messung mit einem Standardpowermeter nicht mehr die vollständige Überprüfung des Systems. Die Upstream Daten bei 1310 nm werden im Burstmode gesendet, was mit normalen Powermetern ebenfalls nicht dargestellt werden kann.

Das speziell für die Anwendung im PON (Passives Optisches Netz) entwickelte Powermeter löst diese Probleme auf sehr elegante Art: Es wird im Durchgang in die Strecke eingefügt und misst selektiv mit 3 Detektoren die Wellenlängen 1490 und 1550 nm in die Hin- und 1310 nm in die Rückrichtung. Alle drei Ergebnisse werden angezeigt.

Darüberhinaus kann der Anwender bis zu 10 Sets an Schwellwerten definieren, die ein einfache Pass/Fail-Analyse gestatten. Die Daten können über die USB-Schnittstelle einfach gesichert werden.

**Eckdaten:**
- Empfindlichkeit 1310 nm: +10…-35 dBm
- Empfindlichkeit 1490 nm: +10…-50 dBm
- Empfindlichkeit 1550 nm: +26…-50 dBm
- Maße: 95 x 60 x 195 mm / 500 g

*Webcode: 4042*

## Feldtester für DWDM-Systeme
## Schneller DWDM-Tester

**DWDM (Dichtes Wellenlängenmultiplex) wird im Metro- und Weitverkehrsbereich standardmäßig eingesetzt, um durch die Übertragung von vielen, dicht beieinander liegenden Wellenlängen möglichst viele Signale über eine einzelne Glasfaser zu übertragen. Bisher fehlte es an einem kleinen, preiswerten Gerät zum Überprüfen der Kanäle.**

Beim DWDM werden viele Wellenlängen (bis 128) gleichzeitig über eine Singlemodefaser übertragen. Diese können Kanalabstände von 50, 100 oder 200 GHz haben und liegen im Wellenlängenbereich zwischen 1510 und 1610 nm. Um die einzelnen Kanäle zu überprüfen, mussten bisher komplizierte und teure Spektrumanalysatoren (OSA) eingesetzt werden.

Nun gibt es mit dem ChannelChecker zwei Geräte im Handheld-Format, die im C- bzw. im L-Band die Kanäle anzeigen und bezüglich ihrer Wellenlänge und optischen Ausgangsleistung vermessen. Die Darstellung erfolgt entweder graphisch (siehe rechts) oder in tabellarischer Form.



Hauptanwendungsgebiete finden sich beim Neuaufbau, Inbetriebnahme, Wartung und Instandhaltung von Weitverkehrssystemen bzw. im Metrobereich.

**Eckdaten:**
- Kanalabstände: 50, 100 oder 200 GHz einstellbar
- Wellenlängen netsprechend ITU
- Empfindlichkeit: +10 bis -70 dBm
- Maße: 95 x 60 x 195 mm / 500 g

*Webcode: 4043*

## Preiswertes Highend-OTDR
## Highend 4-Wellenlängen-OTDR

**Das OTDR (Optical Time Domain Reflectrometer) ist ein unerlässliches Hilfsmittel für die Neuinstallation, Wartung und Fehlerbeseitigung an Glasfaserstrecken. Ganz neu gibt es nun in Ergänzung zu den Mini-OTDRs im unteren Preis- und Leistungsbereich auch eines mit extrem guten Spezifikationen und attraktivem Preis – das MTS6000-QUAD.**



Die MTS-Serie ist eines der am weitesten verbreiteten OTDRs im deutschsprachigen Raum. War man bisher sowohl im Singlemode- als auch im Multimodebereich unterwegs, waren immer zwei separate Messmodule von Nöten. Mit dem neuen 4-Wellenlängen-Modul, das zwei separate Messausgänge besitzt, können nun die vier wichtigsten Wellenlängen in beiden Welten selbst mit dem kleineren MTS6000 vermessen werden.

Die kleinste Pulsbreite beträgt nur 3 ns, was eine extrem gute Auflösung und sehr geringe Totzonen ermöglicht. Das hochauflösende Farbdisplay stellt eine oder mehrere überlagerte Kurven gut auswertbar dar und die ausgeklügelte Funktionalität des MTS unterstützt die Messung auf gewohnte Weise. Hauptanwendungsgebiete sind der LAN- und Campus-Bereich, wo häufig beide Faserarten parallel zu finden sind, aber auch der FTTX- und der Metrobereich.

*Webcode: 4044*

**Eckdaten:**
- Wellenlängen 850+1300 nm MM und 1310+1550 nm SM
- Dynamik: 24/24 dB MM und 40/38 dB SM
- Ereignistotzone: 50 cm MM und 80 cm SM!
- Maße: 285 x 195 x 93 mm / 3,4 kg

# LWL-Technik und Network Solutions

### Professionelle Spleißtechnik auch für die schnelle Steckermontage
## Das neue LWL-Stecker-Spleißgerät FUR-S177-SOC

**Laser 2000 präsentiert das neue LWL-Stecker-Spleißgerät FUR-S177-SOC von FITEL (Furukawa), das mit der hohen Effizienz und Flexibilität im Feld als Marktführer überzeugt. Bewährte und professionelle Spleißtechnik ist nun auch für die schnelle Steckermontage verfügbar.**

Insbesondere in FTTX-Projekten, Data-Center-Umfeld, Internet Exchanges, Storage Netzwerken, aber auch im WAN, MAN und LAN ist schnelle, effektive und professionelle Vorgehensweise für die LWL-Steckermontage heute unverzichtbar. Der Stecker wird mehr und mehr zur beachteten und zentralen Position für High Class Netzwerke mit anspruchsvollem Bandbreitenbedarf. So ist ein qualitätsgefertigter Stecker immer der Vor-Ort-Montage vorzuziehen. Die neue Spleißgerätegeneration von FITEL ersetzt, bzw. unterstützt die im Feld übliche Steckermontage mit dem bisher notwendigen Polieren und ermöglicht eine verbesserte Qualität bei geringerem Zeitaufwand. Vor Ort ist keine Steckerklebung mit Aushärtung mehr notwendig, das Polieren der Stecker entfällt. Dadurch resultiert die enorme Zeitersparnis gegenüber einer eventuellen Vor-Ort-Konfektionierung. Die im Werk des Qualitätsherstellers Seikoh Giken vorgefertigten und polierten Ferulen werden in dem Spleißgerät mit der im Feld befindlichen Faser verbunden (verspleißt).

Dieser Prozess erfolgt sehr schnell und ist ohne lange Einarbeitung möglich. Insbesondere konnte bislang eine hochqualitative Vor-Ort-Montage von Singlemode Steckern nicht realisiert werden, hier mussten sogenannte Pigtails verarbeitet werden. Gegenüber dieser bisherigen Methode des Spleißens von Pigtails muss hier nun kein Spleißschutz verarbeitet und untergebracht werden, die Steckverbindung benötigt keine gesonderte Verteiltechnik mit Ablage des Spleißschutzes.



*Webcode: 4045*

Mit dem S177 Steckerspleißgerät können Singlemode SC/PC, SC/APC, FC/PC und FC/APC Stecker, als auch traditionell Kabel und Pigtails gespleißt werden. Ergänzt wird die Serie von dem vollautomatischen V-Nut-Gerät Modell S122 mit Steckerspleißoption.

**Die Steckerspleiße sind aktuell verfügbar für:**

- 900 µm, 2 mm & 3 mm SM-Kabel
- SC/PC, SC/APC, FC/PC, FC/APC
- Die typische Einfügedämpfung für Singlemodestecker beträgt 0,30 dB

### Protokollmessungen für GPON-FTTH
## GPON Xpert™ Multi-Layer Analysator

**Der GPON Xpert Multi-Layer Analysator ist ein einzigartiger Protokoll Analysator für GPON Anwendungen. Er ist modular angelegt um für die Entwicklung, das Labor oder im Feld für Analysen und Fehlerortung eingesetzt werden zu können. Der GPON Xpert beschleunigt den Markteintritt Ihrer Produkte oder einen schnellen Ausgleich Ihrer Investitionen durch Qualitative Netze und schnelle Analysen.**

Innovative GPON Analysen erleichtern den Test auf Kompatibilität der GPON Produkte verschiedener Hersteller untereinander sowie der Einhaltung des GPON Standards bei Verwendung von Kombinationen der OLT und ONU/ONT Modems. Der GPON Xpert ist somit ein mächtiges Werkzeug für Service Provider (Telcos und CECLs) sowie auch für Hersteller von Systemen oder Chipsätzen. Wie die beiden DSL Xpert und VDSL Xpert Analysatoren, die bereits mit großem Erfolg eingesetzt werden, verfolgt auch der GPON Xpert dieses Konzept. Durch seinen einzigartigen Aufbau gänzlich ohne GPON Chipsätze erlaubt der GPON Xpert Analysen der Daten aus unterschiedlichen Layern und Protokollen, wie z.B. GTC Frame sub-layer, TC Adaption sub-layer und OMCI Management. Zusätzlich können auch die oberen Layer incl. Ethernet, IP, TCP und ATM getestet werden und die Daten für weitere Analysen exportiert werden.

### GPON

**Gigabit Passive Optical Network ist eine Technologie auf Basis von passiven optischen Netzen (PON). Sie ermöglicht es dem Nutzer, Datenraten von bis zu 2,5 Gigabit/s sowohl in Downstream- und Upstreamrichtung bereitzustellen.**

GPON arbeitet mit einer generischen Verkapselung (GEM) mit dem Ethernet-Frames und Daten im Zeitmultiplex (TDM) über eine GPON-Verbindung übertragen werden können. Im Gegensatz zu BPON könnten mit GPON in beiden Richtungen Datenraten im Gigabit-Bereich realisiert werden.

Der GPON Xpert wird über einen optimal ausgestatteten PC bedient der die umfangreichen Analysen erst ermöglicht und diese mit einer benutzerfreundlichen grafischen Oberfläche darstellen und filtern lässt. Zahlreiche Funktionen und Kennzeichnungen für verschiedene Zustände erleichtern die Auswertung der Informationen aus den unterschiedlichen Layern.

So definiert die ITU-Empfehlung G.984 für den Downlink Übertragungsraten von 1,25 Gbit/s und 2,5 Gbit/s. Das Uplink wird mit Geschwindigkeiten von 125 und 622 Mbit/s sowie mit 1,25 und 2,5 Gbit/s unterstützt.

*Mehr Infos:*
*Heiko Pierchalla*
*Tel.: +49 (0) 30-962778-13*
*h.pierchalla@laser2000.de*

# LWL-Technik und Network Solutions

### Für schwierige Spleißaufgaben und Spezialfasern
## Plasmaspleißgerät für dicke Fasern

Auf der OFC im März 2008 in San Diego wurde erstmalig das neue Plasmaspleißgerät FITEL S184 vorgestellt. Es wird vor allem für das Spleißen von Fasern bis 1 mm Durchmesser und für Spezialfasern seinen Einsatz finden.

Durch die Verwendung von drei (!) Elektroden in einer T-Anordnung wird ein sehr homogenes Plasma erzeugt, mit dem auch dicke Fasern oder Fasern unterschiedlichen Durchmessers gleichmäßig erwärmt und aufgeschmolzen werden. Dadurch ist die gespleißte Faser mechanisch sehr stabil (Stichwort: High Strength Splicing).

Das Spleißen von unterschiedlich dicken Fasern wird durch TEC (Thermally Expanded Core) unterstützt, d.h. das S184 überwacht während des Spleißprozesses die thermische Aufweitung beider Kerne und bricht zum perfekten Zeitpunkt ab. Dadurch erreicht man extrem geringe Einfügedämpfungen.

Die ausgeklügelte Software unterstützt schwierige Spleißaufgaben. Zum Beispiel können im Glas entstandene Spannungen und Unperfektheiten an den Oberflächen und Übergängen noch nach dem Spleißen durch den Prozess des „Flame Polish" gemildert oder ganz entfernt werden.



### Optische Matrixschalter für vielfältige LWL-Anwendungen
## Optische Schaltmatrix bis 190 x 190 Ports

In Ergänzung zu unserem weiten Portfolio an faseroptischen Schaltern für Telekom- und Nicht-Telekom-Anwendungen freuen wir uns, dass der Marktführer im Bereich der Matrixschalter, die Firma Glimmerglass, den Vertrag mit LASER 2000 erneuert hat.

Matrixschalter für Singlemodefasern sind jetzt mit Portzahlen bis 190x190 verfügbar. Sie können über die Ethernet-Schnittstelle direkt ins Netzwerk eingebunden werden.



Eine Konsolen-Software erleichtert die Integration und Ansteuerung.

Eine neue Softwareoption, der Virtual Private Switch, gestattet die Zuweisung bestimmter, geschützter Bereiche des Schalters an mehrere Nutzer. Dadurch kann eine große Schaltmatrix komfortabel von verschiedenen Arbeitsgruppen an verschiedenen Orten z.B. für messtechnische Aufgaben genutzt werden, ohne dass es zu gegenseitigen Störungen kommen kann.

### Mehr Geschwindigkeit bei drahtlosen Netzwerken
## Neue Vertriebspartnerschaft zwischen Laser 2000 und DragonWave

DragonWave ist führender Hersteller von mobilen Metro-Ethernet-Netzwerken (WiMax), die Netzwerk- und Service-Bertreibern leistungsstarke, mobile Breitbandsysteme bieten. Kunden schätzen die Qualität, Innovation sowie den technischen Fortschritt der Point-to-Point-Netzwerke für Datentransport, Sprach- und Bildkommunikationssysteme sowie den integrierten Service und Support.

Die Produkte erfüllen die Anforderungen einer Vielzahl von Anwendungen und bieten Service-Anbietern die Möglichkeit, erst bei konkretem Unternehmenswachstum weiter zu investieren und so das Wachstum un-



ter wirtschaftlichen Gesichtspunkten zu optimieren. DragonWave-Produkte werden in über 20 Ländern und in über 2500 verschiedenen Systemen von verschiedensten Kunden eingesetzt.

# LWL-Technik und Network Solutions

**Jetzt auch in Österreich: Laser 2000 ist offizieller Channel-Partner für JDSU**

## Faseroptik-Lösungen aus einer Hand




**Profitieren Sie von der Co-Operation zwischen Laser 2000 und JDSU in Österreich**

Wir freuen uns, Ihnen die neue Co-Operation zwischen Laser 2000 und JDSU in Österreich mitteilen zu können. Seit 2008 ist Laser 2000 offizieller Channel-Partner für JDSU. Sie haben dadurch ab sofort die Möglichkeit, das komplette Faseroptik-Portfolio, vom Werkzeug über Mess- und Spleißgeräte bis zum Inspektions- und Reinigungsbedarf alles aus einer Hand beziehen zu können.

Kurze Informationswege, kompetente Beratung, individuelle Schulungsmöglichkeiten, attraktive Gesamtpakete und ganztägiger Hotline-Support erleichtern zukünftig Ihren Arbeitsalltag.

**Laser 2000 – Ihre Vorteile, Faseroptik-Lösungen aus einer Hand:**

- Messen, Spleißen, Kabelinspektion, Steckerreinigung
- Kompetente Beratung
- Attraktive Gesamtpakete
- Kurze Informationswege

**Alle Produkte zur LWL-Technik finden Sie auf unserer Webseite unter dem Webcode:**

*Webcode:* **4041**

**Profitieren Sie von uns...**

Wir freuen uns über Ihren Anruf:

**Andrea Wagner**
Vertriebsassistenz
Tel. +49 8153 405-30
a.wagner@laser2000.de

---

**Erstellen Sie in kürzester Zeit kabellose Datenübertragung über eine Laserstrecke**

## Verbindungsbarrieren überwinden: Datenübertragung mittels Free-Space-Optics (FSO)

**Drahtlose Hochgeschwindigkeits-Datenübertragung spart Zeit und Kosten**

Optische Freiraum-Übertragungssysteme bieten Anwendern, wie z.B. Service Providern, schneller und kostengünstiger eine breitbandige Kommunikationslösung als herkömmliche Glasfaserkabel. Zugangsprobleme zu breitbandiger Datenübertragung im innerstädtischen Bereich werden dadurch gelöst.

Im Rahmen eigener intensiver Forschungs- und Entwicklungsarbeit zur optischen Freiraumübertragung (Free-Space Optics, FSO) ist es GeoDesy gelungen, die besten optischen Richtfunksysteme der Branche für Unternehmensnetzwerke auf den Markt zu bringen. Diese bieten Service Providern schneller und kostengünstiger breitbandige Kommunikationslösungen als herkömmliches Glasfaserkabel. GeoDesy löst die Zugangsprobleme zu breitbandiger Datenübertragung im innerstäd-tischen Bereich. Die Produkte bieten zuverlässige und sichere Übertragung durch die Luft mit höchsten Bandbreiten bis zu 1 Gbps. Die speziellen Technologien des Unternehmens ermöglichen eine Verfügbarkeit der Netzwerke, die den Anforderungen von Carriern entspricht. GeoDesy sind protokollunabhängig und praxiserprobt. Sie haben sich bei Kunden sowohl unter verschiedensten klimatischen Bedingungen als auch Aufstellungsorten, wie auf Dächern und hinter Fenstern, bewährt.

Die GeoDesy Technologie ermöglicht höchste Sicherheit, Skalierbarkeit, ein gutes Preis-Leistungs-Verhältnis und wurde erfolgreich in verschiedensten Bereichen bei Applikationen in SP's, ISP's, im Gesundheits-, Bildungs- und Finanzwesen sowie im Einzelhandel und Industriebereich eingesetzt.



Im Vergleich zu anderen FSO Lösungen offeriert GeoDesy ein Produktportfolio, das einzigartig in seiner Art ist. Es integriert einfach zu installierende Lösungen, welche vorher in der FSO Industrie unbekannt waren genauso wie hochentwickelte, auf die Kundenbedürfnisse zugeschnittene Applikationssysteme.

**Alle Free-Space-Optics Systeme finden Sie auf unserer Webseite unter dem Webcode:**

*Webcode:* **4047**

# www.laser2000.de

**Gewinnen Sie einen iPod Touch 8 GB mit Ihrer persönlichen Laser-Gravur!**
Beantworten Sie folgende Frage richtig, die Antwort finden Sie in unserem **photonic***update* oder auf unserer Webseite:

Welche Eigenschaft besitzen Polymerlinsen mit variabler Brennweite?
☐ adaptiv   ☐ attraktiv   ☐ adoptiv

Mitmachen können Sie am einfachsten über unsere Webseite: Einfach die richtige Antwort wählen und dabei sein.

*Webcode:* **9006**

Die Verlosung erfolgt am 15. September 2008. Die Teilnahme am Gewinnspiel und die Gewinnchance sind unabhängig von einer Warenbestellung. Von der Teilnahme ausgeschlossen sind Mitarbeiter von Laser 2000 sowie deren Angehörige. Jeder Teilnehmer ist berechtigt, einmal mitzuspielen. Die Gewinner werden per Email benachrichtigt und erklären sich einverstanden, namentlich im photonic update bekanntgegeben zu werden. Ihre persönlichen Daten werden nicht an Dritte weitergegeben. Der Rechtsweg ist ausgeschlossen.

Wir haben Sie im letzten **photonic***update* gefragt, wie unsere Software zur Simulation von Lichtausbreitung heißt. Die richtige Lösung war *FRED 7.0.0*. Über den iPod Touch 8 GB freut sich:

**Dr. Gunter Müller, SIEMENS AG, Siemens Medical**

Wir gratulieren unserem Gewinner und wünschen allen Anderen viel Glück bei unserer nächsten Verlosung!

### Zwei neue Mitarbeiter im Geschäftsbereich Photonik
## Laser 2000 verstärkt Kundenberatung

Seit April verstärkt Mark Drechsler unser Team im Geschäftsbereich Photonik. Er ist Ihr kompetenter Ansprechpartner wenn es um Laserstrahlquellen geht.

Dr. Georg Draude betreut unsere Kunden seit Juni als Produktspezialist für die Bereiche Optische Messtechnik, Strahlanalyse, Lichtmesstechnik, Spektroskopie und IR-Technologie.

Wir wünschen unseren neuen Kollegen viel Erfolg und vor allem Spaß bei der neuen Aufgabe!


*Mark Drechsler*


*Dr. Georg Draude*

*Impressum*
Laser 2000 GmbH
Argelsrieder Feld 14
D-82234 Wessling
Tel. +49 8153 405-0

*Geschäftsführung: Armin Luft*
*Projektleiter: Jan Brubacher*

Laser 2000 besitzt alle Rechte an den Inhalten und der Gestaltung des photonic update und behält sich diese Rechte vor.

Koordination & Redaktion:
Jan Brubacher
Tel. +49 8153 405-0
E-Mail: contact@laser2000.de

**Laser 2000 GmbH**
Argelsrieder Feld 14
D-82234 Wessling
München/Deutschland

**Tel.** +49 8153 405-0
**Fax** +49 8153 405-33
contact@laser2000.de

**Büro Berlin**
Pasedagplatz 3-4
D-13088 Berlin
Tel. +49 30 962778-0
Fax +49 30 962778-29
contact@laser2000.de

**Büro Dresden**
Geschwister-Scholl-Str. 47
D-01877 Bischofswerda
Tel. +49 3594-705980
Fax +49 3594-705985
contact@laser2000.de

**Büro Mönchengladbach**
Dahlfuhr 22
D-41069 Mönchengladbach
Tel. +49 2161 307300
Fax +49 2161 307310
contact@laser2000.de

**Büro Chemnitz**
Annaberger Str. 240
D-09125 Chemnitz
Tel. +49 371 400 43-60
Fax +49 371 400 43-61
contact@laser2000.de

**U.K.:**        Phone +44 1933 461666   Fax +44 1933 461699   sales@laser2000.co.uk
**France:**     Phone +33 1 3080 0060    Fax +33 1 3080 0040   info@laser2000.fr
**Belgium:**    Phone +32 71 610 640     Fax +32 71 610 649    sales@laser2000.be
**Netherlands:** Phone +31 297 266 191   Fax +31 297 266 134   info@laser2000.nl
**Spain:**      Phone +34 976 299 150    Fax +34 976 299 150   juanluis@laser2000.es
**Sweden:**     Phone +46 11 369 681     Fax +46 11 369 689    info@laser2000.se

### www.laser2000.de

As part of our continuous program for product improvement, Laser 2000 reserves the right to change specifications without notice. Copyright © 2008 Laser 2000 GmbH. All Trademarks are the registered property of their respective owners.

Impressum: Laser 2000 GmbH, Argelsrieder Feld 14, D-82234 Wessling, Tel. +49 8153-405-0
Geschäftsführung: Armin Luft
Projektleitung & Redaktion: Jan Brubacher, Tel. +49 (0)8153-405-0, contact@laser2000.de

**photonic***update*