# **EXHIBIT 11**

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

# Fast Electrically Tunable Lens
# EL-10-30 Series

  

The curvature of this shape changing polymer lens is adjusted by applying current. The focal length is accordingly tuned to a desired value within milliseconds. Optotune offers three different types of housings of the EL-10-30. The compact 30x10.7 mm housing, a 30x20 mm housing with C-mount threads and the Industrial C-mount housing (Ci) with Hirose connector. For each housing there are different options to adapt the lens to your needs:

- Diverse cover glass coatings
- Optional offset lenses
- Optical power range

The table below summarizes the possible options for the three different housings. The overview of available standard products is summarized on page 2. At the end of this document you find a detailed explanation of the naming concept when ordering a customized EL-10-30.

| Option | EL-10-30-TC | EL-10-30-C | EL-10-30-Ci |
|---|---|---|---|
| Cover glass coatings | VIS[1], NIR[2] | VIS, NIR, 1064[3] | VIS, NIR, 1064 |
| Optional offset lens | No | Yes | Yes |

[1] 400-700 nm broad band   [2] 700-1100 nm infra-red broad band   [3] narrow band 1064 nm

The following table outlines the specifications of our standard electrically tunable lens EL-10-30. Cover glass coatings and tuning range can be adapted on demand.

| Mechanical specifications | EL-10-30-TC | EL-10-30-C | EL-10-30-Ci | |
|---|---|---|---|---|
| Clear aperture | 10 | 10 | 10 | mm |
| External diameter | 30 | 30 | Oval shape 48x30.5 | mm |
| Thickness | 10.7 | 24.6 | 24.6 | mm |
| Weight | 22.9 | 34.0 | 46.0 | g |
| Connector length | 100 | 100 | 1000[1] | mm |
| Lifecycles (10-90% sinusoidal) | >1'000'000'000 | >1'000'000'000 | >1'000'000'000 | |

| Electrical specifications | | |
|---|---|---|
| Absolute maximum voltage (coil) | 5 | V |
| Absolute maximum voltage (temp. sensor) | 4.3 | V |
| I2C supply voltage | 3.3 (nominal), 3.6 (maximum) | V |
| Nominal control current with Lens Driver 4 | 0 to 250 | mA |
| Absolute max. control current | 0 to 400 | mA |
| Motor coil resistance @ 25°C | 12.5 | Ω |
| Power consumption | 0 to 0.9 (nominal), 0 to 2.0 (absolute max.) | W |
| Temperature sensor & memory | Yes ( STTS2004) | |
| Response time (10%-90% step) | <2.5 | ms |
| Settling time (typical at 30°C) | 15 (rectangular step), 6 (controlled step) | ms |

[1] Specified maximum Hirose cable length is 3m. Tests with 10m were successful, however the I2C runs in clock-stretching mode.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

| Optical specifications | | EL-10-30-TC | EL-10-30-C & Ci | |
|---|---|---|---|---|
| Focal tuning range @ 30°C[2] | | +50 to +120 | +100 to +200 | mm |
| Dispersion (at 20°C) | 486 nm | | 1.302 | |
| | 589 nm | | 1.300 | |
| | 656 nm | | 1.299 | |
| | 800 nm | | 1.298 | |
| | 1065 nm | | 1.297 | |
| | 1550 nm | | 1.296 | |
| Abbe number V | | | 100 | |
| Wavefront error (@530 nm, 0 mA) Optical axis vertical / horizontal | | <0.25 / <0.6 | <0.15 / <0.25 | λ RMS |
| Lens type | | | plano-convex | |
| Transmission spectrum | | | see Figure 7 | |
| Optical retardance @590nm | | | 6.4 | nm |
| Optical damage threshold @ 1064 nm | | | 10 | kW/cm² |
| Polarization | | | preserving | |

| Thermal specifications | | |
|---|---|---|
| Storage temperature | [-40,+85] | °C |
| Operating temperature[2] | [-20,+65] | °C |

## Overview of available standard products

| Standard products | Tuning range[2] | Refractive index | Cover glass coating | RMS wavefront error[3] | Integrated offset lens | Temperature sensor |
|---|---|---|---|---|---|---|
| EL-10-30-TC-VIS-12D | +8.3 to +20 dpt | 1.30 | 400 – 700 nm | <0.25/<0.60 λ | No | Yes |
| EL-10-30-TC-NIR-12D | +8.3 to +20 dpt | 1.30 | 700 – 1100 nm | <0.25/<0.60 λ | No | Yes |
| EL-10-30-C-VIS-LD | +5 to +10 dpt | 1.30 | 400 – 700 nm | <0.15/<0.25 λ | No | Yes |
| EL-10-30-C-NIR-LD | +5 to +10 dpt | 1.30 | 700 – 1100 nm | <0.15/<0.25 λ | No | Yes |
| EL-10-30-C-VIS-LD-MV | -1.5 to +3.5 dpt | 1.30 | 400 – 700 nm | <0.15/<0.25 λ | Yes (-150 mm) | Yes |
| EL-10-30-C-NIR-LD-MV | -1.5 to +3.5 dpt | 1.30 | 700 – 1100 nm | <0.15/<0.25 λ | Yes (-150 mm) | Yes |
| EL-10-30-Ci-VIS-LD | +5 to +10 dpt | 1.30 | 400 – 700 nm | <0.15/<0.25 λ | No | Yes |
| EL-10-30-Ci-NIR-LD | +5 to +10 dpt | 1.30 | 700 – 1100 nm | <0.15/<0.25 λ | No | Yes |
| EL-10-30-Ci-VIS-LD-MV | -1.5 to +3.5 dpt | 1.30 | 400 – 700 nm | <0.15/<0.25 λ | Yes (-150 mm) | Yes |
| EL-10-30-Ci-NIR-LD-MV | -1.5 to +3.5 dpt | 1.30 | 700 – 1100 nm | <0.15/<0.25 λ | Yes (-150 mm) | Yes |

**Housings**

The EL-10-30-TC is preferably mounted in a 30 mm ring holder (see page 14). The relevant mechanical drawings are depicted below in Figure 1. Figure 2 shows the drawings of the C-mount housing. This housing has threads on either side and exhibits an M4 threaded hole in the housing for mounting on optical posts. Figure 3 shows the drawings of the industrial C-mount EL-10-30-Ci. This housing has an oval shape and no M4 threaded hole, however C-mount threads on either side like the C-mount housing. Apart from the housing and connector, the performance of the EL-10-30-C and EL-10-30-Ci are identical.

---

[2] Different focal tuning ranges available upon request. Guaranteed tuning range is reduced over operating temperature range by 0.07 dpt/°C.
[3] Wavefront error in RMS λ @525 nm, 0 mA current with optical axis vertical / horizontal

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet:** EL-10-30-Series
Fast Electrically Tunable Lens
Update: 14.04.2021

Copyright © 2021 Optotune



*Figure 1: Mechanical drawing of the EL-10-30-TC (unit: mm).*



*Figure 2: Mechanical drawing of the EL-10-30-C (unit: mm). The upper right panel shows the position of the M4 threaded hole for mounting of the EL-10-30-C*

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune



*Figure 3: Mechanical drawing of the industrial C-mount EL-10-30-Ci (unit: mm).*

**Electrical connection**

The industrial design EL-10-30-Ci comes with a 6-pin Hirose connector. A 1m long cable to connect the EL-10-30-Ci to the EL-E-4i driver is available from Optotune (P/N CAB-6-100). The EL-10-30-TC and EL-10-30-C has a 10 cm long FPC connection, which is compatible with Molex 0.5mm pitch 6 way FPC backflip connector (P/N 503480-0600). All EL-10-30 lenses feature an STTS2004 temperature sensor with 256 bytes of memory. The I2C addresses of the temperature sensor and the EEPROM are 0x18 and 0x50, respectively.

| Pinout EL-10-30-Ci | | |
|---|---|---|
| Position | Function | Pins |
| 1 | Lens (+ pole) | - |
| 2 | Lens (- pole) | - |
| 3 | STTS2004 Gnd | 1-4 |
| 4 | STTS2004 Vcc 3.3V | 8 |
| 5 | STTS2004 SCL | 6 |
| 6 | STTS2004 SDA | 5 |



No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune





## Optical layout

Figure 4 contains the information needed to model the EL-10-30 lenses for simulation. A more detailed design guide and a ZEMAX plug-in is available at http://www.optotune.com/downloads.



|  |  | EL-10-30-TC [mm] | EL-10-30-C [mm] |
|---|---|---|---|
| a: | Semi-diameter of lens | 5.5 | 5.5 |
| b: | Outer semi-diameter 1 (clear aperture) | 5.0 | 5.0 |
| c: | Inner semi-diameter | - | 7.0 |
| d: | Outer semi-diameter 2 | - | 11.9 |
| w0: | Central deflection of lens | In function of applied current | |
| d0: | Thickness outer thread | - | 4 |
| d1: | Distance from bottom cover glass to housing | 1.35 ± 0.2 | 1.15 |
| d2: | Thickness of cover glasses | 0.5 | 0.5 |
| h: | Constant zone of lens material | 2.35 ± 0.2 | 2.65 ± 0.3 |
| t: | Cover glass distance | 5 | 5 |
| d3: | Distance from top cover glass to housing | 1.0 | - |
| d4: | Thickness holder ring | - | 2 |
| d5: | Distance from holder ring to housing | - | 4.3 |
| d6: | Thickness inner tread | - | 4.5 |
| Fixation point: | Lens edges always stay in the same axial position | | |

*Figure 4: Optical layout of the EL-10-30-TC and EL-10-30-C with corresponding terminology. The optical design for the EL-10-30-Ci is identical to the C-mount version.*

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

### Using offset lenses

In the EL-10-30-C and -Ci the protective cover glass can be replaced by an offset lens of 12 or 12.7-mm diameter. This allows shifting the focal length range to any desired value. For example, adding an offset lens with $f$ = -150 mm to the EL-10-30-C-VIS-LD will yield a focal length range of about -666 mm to infinity to +286 mm ($1/f_{res}$ = $1/f_{EL-10-30}$ + $1/f_{offset}$). The design of the EL-10-30-C is optimized for good alignment of the tunable lens and the offset lens. The maximal thickness of the offset lens may be 4.7 mm.

### Working principle

The EL-10-30 is a shape-changing lens, as illustrated in Figure 5. It consists of a container, which is filled with an optical fluid and sealed off with an elastic polymer membrane. The deflection of the lens is proportional to the pressure in the fluid. The EL-10-30 has an electromagnetic actuator that is used to exert pressure on the container. Hence, the focal distance of the lens is controlled by the current flowing through the coil of the actuator.



*Figure 5: Working principle of the EL-10-30 series.*

### Focal length versus current

The optical power of the EL-10-30 increases with current, shown in Figure 6. The starting point at zero current is set during production and can be varied from lens to lens, whereas the maximal value is 500 mm. The slope of the optical power is influenced by the mechanical properties of the membrane, which can also be varied on request to achieve different ranges. In open loop systems, a calibration of the lens with look-up tables is recommended. The focal length also depends on temperature, see paragraph *temperature effects*.



*Figure 6: Relation of optical power to current for the most common EL-10-30 lenses at 30°C. The error bars show the standard deviation from lens to lens.*

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

Case 2:21-cv-17205-SDW-AME   Document 1-11   Filed 09/20/21   Page 8 of 17 PageID: 258

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

## Transmission range

Both the optical fluid and the membrane material are highly transparent in the range of 400 to 2500 nm. As the membrane is elastic it cannot be coated using standard processes, hence a reflection of 3 – 4% is to be expected. Cover glasses can be coated as desired. Figure 7 and Figure 8 show the transmission spectrum for our two standard broad-band coatings (visible and near infrared) as well as a custom narrow-band coatings:



*Figure 7: Transmission spectrum of the EL-10-30 for standard broad-band coatings.*



*Figure 8: Transmission spectrum of the EL-10-30 for narrow-band 1064-nm coating.*

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

The following graph (Figure 9) represents the transmission of the lens material only[4], i.e. assuming perfect cover glasses.



*Figure 9: Transmission of the EL-10-30 assuming 100% transparent cover glasses.*

| Wavelength [nm] | VIS coating LD liquid | NIR coating LD liquid | 1064 coating LD liquid |
|---|---|---|---|
| 375  | 61.7 | 38.2 | 50.7 |
| 405  | 88.3 | 29.1 | 66.8 |
| 440  | 94.8 | 23.5 | 88.6 |
| 488  | 95.1 | 26.9 | 80.2 |
| 514  | 95.6 | 32.9 | 67.8 |
| 532  | 95.9 | 38.7 | 60.7 |
| 632  | 95.9 | 81.8 | 47.3 |
| 650  | 95.7 | 87.2 | 48.2 |
| 680  | 95.6 | 92.6 | 50.9 |
| 730  | 94.5 | 95.2 | 58.3 |
| 808  | 90.5 | 94.1 | 72.7 |
| 830  | 89.0 | 94.1 | 77.1 |
| 850  | 87.7 | 94.3 | 80.4 |
| 880  | 85.5 | 94.4 | 84.8 |
| 905  | 83.6 | 94.6 | 87.9 |
| 915  | 82.9 | 94.7 | 89.0 |
| 975  | 78.5 | 94.9 | 93.7 |
| 980  | 78.3 | 94.9 | 94.0 |
| 1030 | 74.9 | 94.4 | 95.4 |
| 1064 | 72.9 | 93.8 | 95.5 |
| 1070 | 72.7 | 93.7 | 95.4 |
| 1310 | 64.0 | 85.7 | 88.0 |
| 1540 | NA   | 78.9 | 81.5 |
| 1550 | NA   | 78.7 | 81.4 |

*Table 1: Transmission values in percent of the EL-10-30 for common laser wavelengths*

---

[4] The transmission of the „lens material only" is put together from measurements of several lenses with differently coated cover glasses, whereas the three interfaces of „air to cover glass" were removed mathematically.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

Datasheet: EL-10-30-Series
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

**Laser damage measurements**

The CW damage threshold of the lens material is 10 kW/cm$^2$ for a wavelength of 1064 nm. Further damage measurements with pulsed lasers have been performed with the following results:

- 1064 nm, 125 ns-pulsed at 50 kHz, damage at 2.6J/cm2
- 1064 nm, 10 ps-pulsed at 50 kHz, damage at 2.05J/cm2
- 532 nm, 1 ns-pulsed at 300 kHz, damage at 0.11J/cm2

For 1064 nm, long term measurements over 2000h show no degradation or change in the optical characteristic of the lens. The parameters of this measurement were: 100 ns-pulsed at 100 kHz and 40mJ/cm2 fluence. For 532 nm, measurements over 60h show no degradation or change in the optical characteristic of the lens. The parameters of this measurement were: 10 ns-pulsed at 30 kHz and 1.4mJ/cm2 fluence.

While no heating up of the lens is observed with the pulsed lasers, a 200 W CW laser does heat up the lens, resulting in a focus drift, which stabilizes after about 10 seconds. To avoid heating of the lens due to reflections hitting absorbing surfaces, it is advised to calculate such reflections and preferably not use more than 8 mm of the clear lens aperture.

**Wavefront quality**

In principle, Optotune's focus tunable lenses exhibit a spherical lens shape (the nominal parameters can be found in the ZEMAX package, which is available for download on www.optotune.com).

As the membranes used are elastic, the lens shape is influenced by gravity. Results are summarized in Figure 10. With the lens lying horizontally (optical axis vertical), the RMS wavefront error of the EL-10-30 Series lenses is currently in the order of 0.1 λ (measured at 525 nm), allowing for high quality imaging e.g. in microscopy. With the lens standing upright (optical axis horizontal) a Y-coma term must be added.



*Figure 10: Wavefront measurement of typical EL-10-30-VIS-LD and EL-10-30-C-VIS-LD lenses at 525 nm and 80% of clear aperture, defocus, tilt & sphere excluded.*

The gravity induced Y-coma term depends on the size of the lens, the density of the liquid and the mechanical properties of the membrane. While it is insignificant with lenses of apertures below 5 mm, it accounts for about 0.1 λ for the C-mount LP-version, 0.2 λ for the C-mount MV-version and 0.4 λ for the compact version of the EL-

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

10-30. The difference between the different variations of the EL-10-30 lenses is the design of the membrane. The stronger membrane of the EL-10-30-C (with the LP version having the strongest membrane) reduces the gravity effect, however at the expense of focal tuning range (4 diopters for the EL-10-30-C-VIS-LD-LP, 7.5 diopters for the EL-10-30-C-VIS-LD and 14 diopters for the EL-10-30-VIS-LD, see Figure 6).

**Temperature effects**

Heating up of the lens has two consequences: First, the refractive index of the optical fluid decreases. Second, the fluid expands in volume. While the first effect would decrease the optical power, the second effect increases it. With the EL-10-30 design, the second effect prevails. The optical power increases by approximately 0.7 diopters per 10°C temperature increase.



*Figure 11: Temperature sensitivity S as a function of optical power.*

This temperature effect is systematic and reproducible. This means the focal length can be controlled if the temperature is known. All EL-10-30 lenses have a built-in temperature sensor (STTS2004). Heating up of the lens occurs at room temperature if driven at high currents or due to absorption of high power laser light. In such cases the lens is preferably mounted using heat-conducting metal clamps. For custom designs it is possible to balance the two temperature effects such that the focus shift becomes minimal at a certain focal length.

**Resolution and reproducibility**

The step size of the focal power is limited by the resolution of the DAC of the current driver. For high precision applications a driver with 12 bits is recommended. As the relation between current and focal power is linear, the smallest step of e.g. the EL-10-30-C-VIS-LD about 0.0018 Dpt.

Unlike piezo systems, the EL-10-30 exhibits no hysteresis. The current through the coil induces a force, which is directly transferred onto the elastic membrane. There is no friction in the system. This means that at a constant temperature jumping between alternate current levels will always yield the same focal length. The effect of changes in temperature are described above. Optotune's Lens Driver 4 offers a focal power mode, which makes use of calibration data stored in the lens (EEPROM of the STTS2004). The absolute reproducibility achieved over an operating temperature range of 10 to 50°C amounts to typically 0.1 diopters. More details on the focal power mode are provided in the Lens Driver manual.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

**Resistance and Inductance of the driving coil**

In principle, the EL-10-30 can be driven using a DC voltage (e.g. even a simple battery) or a current source. However, the focal length of the lens depends on the current flowing through the coil and the resistance of the coil changes with temperature (12.5 Ohm at 25°C) with a linear rate of 0.393%/°C. That is why, for highest stability, it is recommended to use a current source. Note that this temperature effect is visible within seconds and has nothing to do with the expansion of the optical fluid described above, which is on the order of minutes. For AC operation, the inductance of the coil, which depends on frequency, is an important parameter.

| Frequency (Hz) | Coil Inductance (mH) |
|---|---|
| 10000 | 0.76 |
| 1000 | 1.1 |
| 100 | 1.14 |
| 10 | 1.15 |

**Recommended drivers and power supplies**

Optotune provides its own high-precision USB drivers with a resolution of 0.1 mA. It includes the I2C readout of the temperature sensor, which can be used for temperature compensation.

 

There are also many alternative off-the-shelf products available to control the EL-10-30:
- Precision constant current driver for laser diodes with external control via 0-5 V analog signal (e.g. Edmund Optics NT56-804 or NT84-355)
- For high precision applications (0.1 mA resolution) with manual control: TTi QL355
- For high precision applications (0.1 mA resolution) with USB/RS232 computer control: TTi QL355P
- For low precision applications (1 mA resolution) with manual control: TTi EL301R
- For low precision applications (1 mA resolution) with USB computer control: Quakko HY3005DP
  http://shop.vendio.com/Evan2002/item/2041700966/?s=1282809362

The lens can also be driven using pulse width modulation (PWM) with a frequency between 20 kHz and 50 kHz. Another very useful component is the ADN8810 programmable precision current source of Analog Devices, which features 12 bits of resolution and can be controlled with an SPI interface.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

**Response time**

The rise time on a current step is in the range of 2-4 ms, depending on the step size. However, it takes about 15 ms until the lens has fully settled. Figure  shows the optical response on a current step measured with photodiode. The measurements were performed at room temperature.

 

*Figure 12: Typical optical response of the EL-10-30-C to a current step.*



*Figure 13: Typical frequency response of the EL-10-30-C with current oscillating from 50 to 150 mA.*

This system is slightly over-damped and the frequency response in Figure  shows a resonant frequencies at about 150 and 600 Hz. To achieve a shorter settling time, however, it is better to remove these frequencies from the step function. Also, settling time can be improved by applying an overshooting step function. Tests show that the dynamics of the lens is similar in both directions and across different current ranges. The fact that the step down to 0 mA settles faster with the EL-10-30-C is because the actuator actually hits the housing. It is generally recommended to operate above 10mA at all times to avoid this effect, as it may shorten the lifetime of the lens. With an optimized driving signal, the settling time is reduced below 5ms. Figure  shows an example of the response behavior with a driving signal filtered with three low-pass filters (300 Hz) in series. The following graph shows the optical response on a current step measured using two photodiodes. Lenses with smaller apertures achieve even shorter settling times down to about 2ms.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune



*Figure 14: Optical response of the EL-10-30-C-LD-LP to a current step from 50 mA to 250 mA with a driving signal filtered with three low-pass filters (300 Hz) in series.*

Another way to attenuate the oscillations seen in Figure  is by using standard passive elements. The circuit is illustrated on the left of Figure . It is analogous to a LC-low-pass filter used in loudspeakers, with a slew rate of 12 dB/octave (second order). Since the impedance of the EL-10-30, -C and -Ci is similar, the circuit is applicable to all members of the EL-10-30 series. On the right of Figure , the optical response of the EL-10-30-LP to a rectangular current step (10%-90%) is shown. The parameters of the LC-circuit correspond to a cut-off frequency of 165 Hz, showing good damping behavior. As a trade-off, the response time is slightly increased to about 5 ms.



*Figure 15: Filter circuit based on passive elements. The current output of the Lens Driver is connected on the left and the lens on the right side.  In this example C = 94 uF and L = 10 mH, giving in a cut-off frequency of 165 Hz.*

**Atmospheric pressure and low temperature performance**

By working principle, the atmospheric pressure has no influence on the lens. This has been validated down to values of $10^{-4}$ mbar. Furthermore, the EL-10-30 with LD material is suitable for low temperature operation. The lens is tunable down to temperatures as low as 230 K. The response time of the lens increases for lower temperatures (e.g. 3 s at 250 K and 60 s at 230 K). For temperatures below 220 K the lens freezes but no damage was observed in tests down to 10 K. The transmission of the lens is independent of the operating temperature.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021

Copyright © 2021 Optotune



### Autofluorescence

The EL-10-30 with LD material is not auto fluorescent and can be used for fluorescence microscopy.

### Mounting possibilities for the compact EL-10-30-TC

     

| G024503000, LI-NOS - Qioptiq | G061042000, LI-NOS - Qioptiq | KM200V/M, Thorlabs | NT57-977, Edmund Optics | NT64-564, Edmund Optics | NT03-676, Edmund Optics |

### Life time

The EL-10-30 has passed relevant environmental and accelerated aging tests as outline in Table 2.

| Test | EL-10-30 |
|---|---|
| **Mechanical cycling:**<br>40 million full-range cycles (0 to 300 mA rectangular, at 10 Hz)<br>5 billion sinusoidal cycles at resonant frequency | Passed |
| **High temperature test:**<br>85±2°C; rel. hum. <6% for 168 hours, non-operational | Passed |
| **Temperature cycling test:**<br>-40°C / +85°C for 30 min each, 3 min transition time, 100 cycles | Passed |
| **Damp heat cycling test:**<br>25°C / 55°C at 90-100% relative humidity, 3 hour transition time, 24h per cycle (9h plus transition time each), 18 cycles | Passed |
| **Shock test:**<br>500g for 1ms duration, 5 pulses in each direction (30 pulses in total) | Passed |
| **Solar radiation test:**<br>1120 W per m$^2$ (IEC 60068-2-5), 8 h irradiation & 16 h darkness, 10 cycles | Passed |

*Table 2: Environmental tests performed with the EL-10-30.*

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

**Exchanging the offset lens of the EL-10-30-C Series**

The EL-10-30-C is shipped with a planar cover glass or with an integrated offset lens (MV version), which is held in place by a retainer ring. The cover glass or offset lens can easily be exchanged by hand following the procedure outlined below. Please note that this is preferably done in a clean room or under a flow hood to avoid dust entering the tunable lens.

1. Loosen the retainer ring carefully with a small screw driver
2. After about 5 rotations turn the lens with the ring pointing down so no dust can get into the lens
3. Take out the cover glass / offset lens with the retainer ring. Prepare the new cover glass or lens.
4. Turn the lens again, but be careful, that no dust gets inside. Carefully drop the new cover glass or lens (planar side should usually look down towards the lens) inside using tweezers.
5. Put the retainer ring in by hand
6. Tighten the retainer ring with a screw driver. Be careful not to scratch the glass.
   IMPORTANT: At the end, do not exert much torque (<1 Nm) as this might damage the tunable lens.



No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com

**Datasheet: EL-10-30-Series**
Fast Electrically Tunable Lens
Update: 14.04.2021



Copyright © 2021 Optotune

**Ordering information for custom versions of the EL-10-30**

For custom versions, please use the following concept for part numbers:

EL-10-30-H-AR-MAT-RANGE

H =     TC: Compact housing with FPC connector
        C: C-mount housing with FPC connector
        Ci: Industrial C-mount housing with Hirose connector

AR =     VIS: visible broad-band anti-reflection coating (400 – 700 nm)
        NIR: near broad-band infrared anti-reflection coating (700 – 1100 nm)
        1064: narrow-band anti-reflection coating at 1064 nm
        NOC: No coating

MAT =     LD: low dispersion lens material ($n_D$ = 1.300, V = 100, standard)
        HR: high refraction lens material ($n_D$ = 1.559, V = 32, available as customization)

RANGE =     12D: Focus tuning range from 8 to 20 diopters (standard for al EL-10-30-TC lenses)
        MV: Machine vision option: Includes -150 mm focal length offset lens to achieve a total focal tuning range of -666 mm (-1.5 dpt) to infinity to +286 mm (3.5 dpt). Note: standard EL-10-30-C and -Ci lenses without the MV option range from 5 to 10 diopters.

<u>Example</u>:     EL-10-30-C-NOC-LD refers to a custom electrical tunable lens of 10 mm aperture and 30 mm outer diameter (C-mount housing) with uncoated cover glasses, low dispersion lens material and a focal tuning range from +5 to +10 dpt.

**Safety and compliance**

The product fulfills the RoHS and REACH compliance standards. The customer is solely responsible to comply with all relevant safety regulations for integration and operation.

For more information on optical, mechanical and electrical parameters, please contact sales@optotune.com.

No representation or warranty, either expressed or implied, is made as to the reliability, completeness or accuracy of this paper.

Optotune Switzerland AG | Bernstrasse 388 | CH-8953 Dietikon | Switzerland
Phone +41 58 856 3000 | www.optotune.com | info@optotune.com