Brian D. Hill (NJ Bar No. 906362012)
Jeffrey M. Telep (*pro hac vice forthcoming*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
bhill@kslaw.com
jtelep@kslaw.com

Christopher C. Campbell (*pro hac vice forthcoming*)
KING & SPALDING LLP
1650 Tysons Blvd 4th Floor
McLean, VA 22102
Telephone: (703) 245-1000
ccampbell@kslaw.com

James P. Brogan (*pro hac vice forthcoming*)
Britton F. Davis (*pro hac vice forthcoming*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
jbrogan@kslaw.com
bfdavis@kslaw.com

Abby L. Parsons (*pro hac vice forthcoming*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
aparsons@kslaw.com

*Attorneys for Plaintiff*
*Holochip Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOLOCHIP CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> OPTOTUNE AG, <br><br> *Defendant.* | No. _____ <br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

I, Brian D. Hill, admitted to the bars of the State of New Jersey and this Court and a Senior Associate of the law firm of King & Spalding LLP, counsel for Plaintiff Holochip Corp., in the above-captioned matter, hereby certify that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding, except for the related case filed concurrently herewith by Plaintiff Holochip Corp. against Edmund Optics, Inc. in this Court.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: September 20, 2021                                    Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Brian D. Hill*
Brian D. Hill (NJ Bar No. 906362012)
Jeffrey M. Telep (*pro hac vice forthcoming*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
bhill@kslaw.com
jtelep@kslaw.com

Christopher C. Campbell (*pro hac vice forthcoming*)
KING & SPALDING LLP
1650 Tysons Blvd 4th Floor,
McLean, VA 22102
Telephone: (703) 245-1000
ccampbell@kslaw.com

James P. Brogan (*pro hac vice forthcoming*)
Britton F. Davis (*pro hac vice forthcoming*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
jbrogan@kslaw.com
bfdavis@kslaw.com

Abby L. Parsons (*pro hac vice forthcoming*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
aparsons@kslaw.com

*Counsel for Plaintiff,
Holochip Corp.*