Brian D. Hill (NJ Bar No. 906362012)
Jeffrey M. Telep (*pro hac vice forthcoming*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
bhill@kslaw.com
jtelep@kslaw.com

Christopher C. Campbell (*pro hac vice forthcoming*)
KING & SPALDING LLP
1650 Tysons Blvd 4th Floor
McLean, VA 22102
Telephone: (703) 245-1000
ccampbell@kslaw.com

James P. Brogan (*pro hac vice forthcoming*)
Britton F. Davis (*pro hac vice forthcoming*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
jbrogan@kslaw.com
bfdavis@kslaw.com

Abby L. Parsons (*pro hac vice forthcoming*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
aparsons@kslaw.com

*Attorneys for Plaintiff*
*Holochip Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOLOCHIP CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> OPTOTUNE AG, <br><br> *Defendant.* | No. _____ <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Holochip Corp. declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

DATED: September 20, 2021

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Brian D. Hill*
Brian D. Hill (NJ Bar No. 906362012)
Jeffrey M. Telep (*pro hac vice forthcoming*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
bhill@kslaw.com
jtelep@kslaw.com

Christopher C. Campbell (*pro hac vice forthcoming*)
KING & SPALDING LLP
1650 Tysons Blvd 4th Floor,
McLean, VA 22102
Telephone: (703) 245-1000
ccampbell@kslaw.com

James P. Brogan (*pro hac vice forthcoming*)
Britton F. Davis (*pro hac vice forthcoming*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
jbrogan@kslaw.com
bfdavis@kslaw.com

Abby L. Parsons (*pro hac vice forthcoming*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
aparsons@kslaw.com

*Counsel for Plaintiff,
Holochip Corp.*